# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA PHILLIPS,<br><br>*Plaintiff*,<br><br>v.<br><br>RONALD YEUBANKS,<br><br>*Defendant*, | Case No. CIV-17-474-RAW |

## ORDER

On September 30, 2019, after Defendant objected to the Magistrate Judge's Findings and Recommendation ("F&R") [Docket No. 16], recommending that judgment be entered in Plaintiff's favor in the total amount of $170,000.00, the court gave Defendant one last opportunity, until October 18, 2019, to file an Answer or a motion pursuant to Fed.R.Civ.P. 12. Defendant complied with the court's order, filing his answer on October 15, 2019.

As the court favors resolving cases on their merits and Defendant has complied with the court's latest order, the court will not follow the F&R at this time. Plaintiff's motion for default judgment is denied, without prejudice to re-urging should Defendant fail to appear or comply with any of this court's future orders.

**IT IS SO ORDERED** this 31st day of October, 2019.

Ronald A. White
United States District Judge
Eastern District of Oklahoma